UNITED STATES of America,
Plaintiff–Appellee

v.

Anselmo PENA–TELIO, Defendant–
Appellant.

No. 10–40099
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Randall Barrera, Esq., Law Office of Randall Barrera, Corpus Christi, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Anselmo Pena–Telio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pena–Telio has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

bilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.